Re. case # 12-03-00230-CR
trial # 02-06-0107M-CR

Dear. Mrs. Lusk                                                    7-1-15

Ma'am. I recently contacted You on 6/17/15 to inquire about my trial transcripts. I received Your reply on 6/26/15 telling me that You received payment on 6/9/15 and mailed my copy out that week and I should check with my mail room to see what the hold up was. Well I did that Mrs. Lusk. I've inclosed the note I sent the supervisor. I'm told that they are in compliance and don't have to tell me nothing. which I disagree with. my unit mail room doesn't like to help inmates out if it makes them work harder. Anyways. As of today 7-1-15 I still have not received my records Mrs. Lusk. is there any way You can contact the Polunsky unit mail room supervisor. Mrs. Pierce and inquire about this? They keep an incoming/outgoing legal mail log and it'll show that ive only received 1 item from Your office. The 6/26 letter which You sent me on 6/22 in response to my 6/17 letter. im at a stand still Mrs. Lusk. I can't make the mail room Provide me with what I need to show You I never received what I paid for. if You would contact mrs. Pierce and inquire and send me my records again id appreciate it. Thank You for Your time and help.

Sincerely
Terry Williams

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 06 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Ma'am

I wrote the courts to inquire about my legal work, im told it was sent the week of the 9th. I still havent received it. can you please review the legal mail log and tell me what has been sent to me this month? I mailed a letter out 6/17 & received a reply 6/26, is there anything you can send me that w. show ive not received anything so I can show the courts? I would appreciate your time and help in this matter.

Thank you.

It is not open records for offenders. I can tell you that we are in compliance. The courts can request those records.

Terry millican
1165760
12-F-38
6-30-15